```
Lewis Phon, Esq.   #74907
Law Offices of Lewis Phon
4040 Heaton Court
Antioch, CA  94509
(415) 574-5029 TEL
(925) 706-7600 FAX

Attorney for Debtors
Danut and Zenaida Postolica
```

UNITED STATES BANKRUPTCY COURT

IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | CASE NO: 2010-51522 |
| Danut and Zenaida Postolica, | CHAPTER 11 |
| | Application to Enter Final Decree and to Close Case |
| | NO HEARING SET |
| Debtor (s). | |
| | Place: Courtroom 3020<br>Judge: Hon. Arthur Weissbrodt |

To: 20 Largest Unsecured Creditors, the U. S. Trustee and all parties of interest:

PLEASE TAKE NOTICE that the Debtors, Danut and Zenaida Postolica, hereby move the above entitled court, before the Honorable Arthur Weissbrodt, located at 280 South First Street,

Room 3020, San Jose, California, for an order granting a final decree and to close this Chapter 11 case. The debtors' filed this Chapter 11 case on February 18, 2010. Their Chapter 11 case was confirmed on or about February 12, 2014. After confirmation, the debtors proceeded to pay their secured and unsecured creditors pursuant to the plan and have resumed the operation and management of their business.

This motion is also made pursuant to Northern District of California Bankruptcy Rule 3022-1. The debtors request the court take judicial notice of all prior documents and exhibits filed in this case.

This motion will also be based on the Declaration of Lewis Phon, the accompanying points and authorities and on such oral or documentary evidence that may be presented at a hearing.

Bankruptcy Local Rule 3022-1 requires 14 days of notice. If you wish to object to the motion, you must request a hearing in writing within 14 days of mailing of this notice by serving your request on the debtor's counsel and you should state your reasons for your objection. The debtor will then set a hearing date with at least 7 days of notice and will serve you and all affected parties of the date.

If there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the decree.

Date: 6/13/15

/s/ Lewis Phon
_____
Lewis Phon

k:\data55\app to close case