```
Lewis Phon, Esq.   #74907
Law Offices of Lewis Phon
4040 Heaton Court
Antioch, CA  94509
(415) 574-5029 TEL
(925) 706-7600 FAX

Attorney for Debtors
Danut and Zenaida Postolica
```

UNITED STATES BANKRUPTCY COURT

IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Danut and Zenaida Postolica,<br><br><br><br><br><br><br>      Debtor (s).<br>_____/ | CASE NO: 2010-51522<br><br>CHAPTER 11<br><br>Declaration of Lewis Phon<br>In Support of Application<br>to Enter Final Decree<br>and to Close Case<br><br>NO HEARING SET<br><br>Place: Courtroom 3020<br>Judge: Hon. Arthur<br>       Weissbrodt |

I, Lewis Phon, hereby declare that:

    I am the attorney for debtors and their former bankruptcy estate.

    The debtors filed this Chapter 11 case on February 18, 2010. The debtors' Chapter 11 case was confirmed on February 12, 2014.

After confirmation, the debtors proceeded to pay their secured and unsecured creditors pursuant to the plan.

The debtors have assumed the operation and management of their business, have transferred any property proposed by the plan to be transferred and have begun distribution to creditors. The debtors will pay any trustee fees due.

Although all property of the former estate have been revested back to the debtors, the debtors are still incurring trustees fees. Therefore, although final approval of my attorneys fees have not been sought, I am willing to defer my fees until such time the debtors have reviewed and approved my fees and will seek to reopen the case at that time.

Therefore, I am requesting that the court enter the final decree and close this case.

I declare under penalty of perjury that the foregoing is true and correct under laws of California and of the United States. This declaration was executed at Antioch, California on June 15, 2015.

/s/ Lewis Phon
_____
LEWIS PHON

k:\data55\dec of lewis phon re closing case