Lewis Phon, Esq.   #74907
Law Offices of Lewis Phon
4040 Heaton Court
Antioch, CA  94509
(415) 574-5029 TEL
(925) 706-7600 FAX

Attorney for Debtors
Danut and Zenaida Postolica

UNITED STATES BANKRUPTCY COURT

IN THE NORTHERN DISTRICT OF CALIFORNIA

In re:                              CASE NO: 2010-51522

Danut and Zenaida Postolica,            CHAPTER 11


                                    Points and Authorities
                                    In Support of Application
                                    to Enter Final Decree
                                    and to Close Case


                                    NO HEARING SET

          Debtor (s).
_____/

                                    Place: Courtroom 3020
                                    Judge: Hon. Arthur
                                           Weissbrodt


**BACKGROUND**

     The debtors' filed this Chapter 11 case on February 18, 2010.

Their Chapter 11 case was confirmed on or about February 12, 2014.

After confirmation, the debtors proceeded to pay their secured and

unsecured creditors pursuant to the plan, have transferred any

property proposed by their plan to be transferred and have resumed management of their business.

**THE DEBTORS MAY APPLY FOR A FINAL DECREE ONCE THEIR CHAPTER 11 CASE HAS BEEN SUBSTANTIALLY CONSUMMATED**

The term "substantially consummated" in Chapter 11 refers to three events 1) transfer of the property proposed by the plan to be transferred 2) the debtors' assumption of the operation and management of the business and 3) distribution to creditors and stockholders. 11 U.S.C. 1101(2). All three elements must be met. No time limit is specified for substantial consummation of a confirmed plan.

Under case at bar, the debtors have resumed management of their real properties and of their assets. There were no properties to be transferred pursuant to the plan so this element has been met. The debtors have begun distribution to their creditors by making payments to their secured and unsecured creditors pursuant to the plan. Therefore, the debtors have complied with all three elements constituting substantial consummation of their confirmed and, therefore, their case has been substantially consummated.

**THE COURT MAY GRANT A FINAL DECREE WITHOUT A HEARING ON 14 DAYS NOTICE**

Under Bankruptcy Local Rule 3022-1 of the Northern District of California, a debtor may apply for a final decree without a hearing upon 14 days notice.

See Rule 3022-1,

"(b) Unless the Court orders otherwise, an application for final decree shall be served on the United States Trustee and on counsel for the Creditors' Committee, or, if there is no Committee, on the

20 largest unsecured creditors. Such application shall be considered by the Court without a hearing, unless within 14 days after the date of service of the notice, a party in interest files and serves a request for hearing."

**CONCLUSION**

Since the debtors' case has been substantially consummated, it is appropriate for the debtors to now apply to enter their final decree and to close their case.

Date: 6/13/15

/s/ Lewis Phon

_____
Lewis Phon

k:\data55\app to close case