

Lewis Phon, Esq.  #74907
Law Offices of Lewis Phon
4040 Heaton Court
Antioch, CA  94509
(415) 574-5029 TEL
(925) 706-7600 FAX

Attorney for Debtors
Danut and Zenaida Postolica

The following constitutes the order of the court.
Signed November 5, 2015

William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

IN THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                    CASE NO: 2010-51522

Danut and Zenaida Postolica,              CHAPTER 11

                                          Order Granting Entry
                                          Of Final Decree and
                                          Closing Case

         Debtor (s).
_____/
                                          Date: November 4, 2015
                                          Time: 10:30 A.M.
                                          Place: Courtroom 220
                                          Judge: Hon. William Lafferty

The application of the debtors to close this Chapter 11 case and for entry of a final decree having been heard on November 4, 2015 at 10:30 a.m, in the above entitled court, Room 220, Oakland Division, before the Honorable William Lafferty, Lewis Phon appearing for the debtors and Julie M. Glosson appearing for the U. S. Trustee,

It is hereby ordered that this Chapter 11 case be closed and that a final decree be entered.

*****END OF ORDER*****

Court Service List